# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| WENDELL LEWIS SATTERWHITE, | |
| Plaintiff, | CIVIL ACTION NO.: 6:19-cv-70 |
| v. | |
| RAYMOND BRADELY, et al., | |
| Defendants. | |

## **O R D E R**

Before the Court is the Plaintiff's Notice of Voluntary Dismissal filed on September 9, 2019, stating that the Plaintiff voluntarily dismisses the instant case. (Doc. 5.) Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court **DISMISSES** this action **WITHOUT PREJUDICE**. The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 23rd day of September, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA